United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.,

Plaintiffs,

v.

MASON ENDEAVORS,

Defendant.

Case No. 24-cv-03792-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: ECF No. 18

The parties have filed a motion to hold this case in abeyance. ECF No. 18. They state that they "have entered into a Settlement which involves a payment plan" and ask that the Court set a further case management conference after December 31, 2025. *Id.* at 2. Rather than hold this case in abeyance, the Court will conditionally dismiss the case based on the parties' notice of settlement. Any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred before January 9, 2026.

**IT IS SO ORDERED**.

Dated: February 10, 2025



JON S. TIGAR
United States District Judge